UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE CROSS,<br><br>    Plaintiff(s),<br><br>v.<br><br>WALMART, INC.,<br><br>    Defendant(s). | Case No. 2:25-cv-01276-JAD-NJK<br><br>**Order**<br><br>[Docket No. 26] |

Pending before the Court is a joint discovery plan seeking special scheduling review of doubling the default discovery period. Docket No. 26. The Court **SETS** an in-person scheduling conference for 3:30 p.m. on August 18, 2025, in Courtroom 3C.

IT IS SO ORDERED.

Dated: August 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1