UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE CROSS,<br><br>  Plaintiff(s),<br><br>v.<br><br>WALMART, INC.,<br><br>  Defendant(s). | Case No. 2:25-cv-01276-JAD-NJK<br><br>**Order**<br><br>[Docket No. 12] |

Due to conflicting duties, the Court CONTINUES the scheduling conference to 11:00 a.m. on August 22, 2025, in Courtroom 3C.

IT IS SO ORDERED.

Dated: August 15, 2025

_____
Nancy J. Koppe
United States Magistrate Judge