# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Charlotte Cross,

    Plaintiff(s),

v.

Walmart, Inc.,

    Defendant(s).

Case No. 2:25-cv-01276-JAD-NJK

**Order**

[Docket No. 20]

Pending before the Court is a stipulation to extend case management deadlines by 90 days. Docket No. 20. While some of the reasoning advanced for the requested extension is not particularly persuasive, the Court finds a sufficient showing of good cause on the whole. Given the very lengthy discovery period being allowed, the Court is not inclined to allow further extensions of the case management deadlines without a robust showing. Counsel must take all reasonable steps to meet the deadlines set herein. Accordingly, the stipulation is **GRANTED**. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties: March 12, 2026
- Initial experts: April 10, 2026
- Rebuttal experts: May 11, 2026
- Discovery cutoff: June 12, 2026
- Dispositive motions: July 10, 2026
- Joint proposed pretrial order: August 11, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: December 5, 2025

_____
Nancy J. Koppe
United States Magistrate Judge