**SAO**
Curtis R. Rawlings, Esq. (6790)
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLOTTE CROSS, an individual,<br><br>Plaintiff,<br>vs.<br><br>WALMART, INC., a foreign corporation; DOES I through X; and ROE Entities I through X,<br><br>Defendants. | Case No.: 2:25-cv-01276-JAD-DJA |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, CHARLOTTE CROSS and WALMART, INC., by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

///

///



BURGER, MEYER & D' ANGELO, LLP

**IT IS FURTHER STIPULATED AND AGREED** each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED** this 4th day of ~~July,~~ August 2026.

Respectfully submitted:

*/s/ Curtis Rawlings*
By:______________________
CURTIS RAWLINGS, ESQ.
Nevada Bar No.: 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
Attorney for Defendant
Walmart, Inc.

Approved as to Form and Content:

By:______________________
DAVID A. TANNER, ESQ.
Nevada Bar No.: 8282
7895 West Sunset Road, Ste 115
Las Vegas, Nevada 89113
Attorney for Plaintiff
Charlotte Cross

**ORDER**

Based on the parties' stipulation **[ECF No. 29]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

______________________________
U.S. District Judge Jennifer A. Dorsey
Dated: August 6, 2026

Respectfully submitted:

*/s/ Curtis Rawlings*
By:______________________
CURTIS RAWLINGS, ESQ.
Nevada Bar No. 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
(949) 427-1888
Attorney for Defendant

BURGER, MEYER & D' ANGELO, LLP